UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAMZA MALDONADO,

    Plaintiff,

v.      Case No. 3:20-cv-418-J-39PDB

BAKER COUNTY SHERIFF'S OFFICE
et al.,

    Defendants.
_____

**ORDER**

In a motion dated June 8, 2020, the plaintiff requests that the Court remand this case to state court (Doc. 13) on the ground that not all defendants joined the notice of removal per 28 U.S.C. § 1446(b)(2)(A). The defendants oppose the motion (Doc. 14) for two reasons: all defendants joined the notice of removal (Doc. 1), and, contrary to 28 U.S.C. § 1447(c), the plaintiff did not file his motion within 30 days of April 22, 2020, the day the defendants filed their notice of removal.

For the reasons stated in the defendants' response (Doc. 14), the plaintiff's motion to remand the case (Doc. 13) is **denied**. As the Court's calendar permits, the Court will rule on the defendants' motion to dismiss (Doc. 4), to which the plaintiff has responded (Docs. 8, 9, 10).

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of June 2020.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Hamza Maldonado
Counsel of Record